In the Matter of ANTHONY BRANDON, Appellant, v MELVYN R. CLAUSON, Respondent.

Submitted July 1, 2013; decided September 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of CHEYENNE J., a Child Alleged to be Neglected. CHRISTIAN J., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent.

Submitted July 15, 2013; decided September 10, 2013

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge ABDUS-SALAAM taking no part.

ROBERTO CIAPRAZI, Appellant, v STATE OF NEW YORK, Respondent.

Submitted June 24, 2013; decided September 10, 2013

Motion, insofar as it seeks leave to appeal from the May 2013 Appellate Division order, denied; motion for leave to appeal otherwise dismissed upon the ground that the other orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.